UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HAMPTON,

        Petitioner,        Case Number: 2:11-CV-10429

v.        HON. GERALD E. ROSEN

MITCH PERRY,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated April 08, 2013, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 8th day of April, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:    s/Julie Owens
                  Deputy Clerk

APPROVED:


s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 8, 2013, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5135